UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GLORIA CREQUE

VERSUS

AMERICAN AIRLINES, INC., ET AL

CIVIL ACTION

NO. 09-370-C

### RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated November 17, 2009, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiff's claims against defendant Miami International Airport will be dismissed for failure to timely serve the defendant pursuant to Rule 4(m).

Baton Rouge, Louisiana, January 29, 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA